# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| MICHAEL A. RIVOTA, individually and on behalf of all others similarly situated, | ) ) ) ) | No. 1:19-cv-04156 |
| | ) | Judge John Z. Lee |
| Plaintiff, | ) ) | Magistrate Judge Sunil R. Harjani |
| v. | ) ) | |
| BANK OF AMERICA CORPORATION and MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, | ) ) ) ) ) | |
| Defendants. | ) | |

## JOINT MOTION FOR PRELIMINARY APPROVAL
## OF THE PARTIES' CLASS ACTION SETTLEMENT

Plaintiff, Michael A. Rivota ("Plaintiff"), individually and on behalf of all others similarly situated, and Defendants Bank of America Corporation and Merrill Lynch, Pierce, Fenner & Smith Incorporated (collectively, "Defendants"), by their respective attorneys, move for the entry of an Order (1) granting preliminary approval of the Parties' proposed Class Action Settlement Agreement in this wage and hour case involving claims of unpaid overtime under the Illinois Minimum Wage Law and the Illinois Wage Payment and Collection Act; (2) approving as to form and content the Parties' proposed Notice of Class Action Settlement, and approving the mailing of it to the Settlement Class Members; (3) approving Analytics Consulting, LLC as the Claims Administrator; (4) granting certification of the proposed Settlement Class for settlement purposes only; (5) approving the Named Plaintiff as the Class Representative of the Settlement Class; (6) approving Plaintiff's Counsel as Class Counsel for the Settlement Class; and (7) setting a date for the Final Approval Hearing relating to the Settlement. In support of their motion, the Parties

submit their Memorandum in support of this motion, and asks that the Court enter the Preliminary Approval Order attached thereto as Exhibit 4.

Date:   February 21, 2020

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ James X. Bormes | /s/ Chen G. Ni (w/ permission) |
| One of Plaintiff's Attorneys | One of Defendants' Attorneys |

James X. Bormes
Catherine P. Sons
Law Office of James X. Bormes, P.C.
8 South Michigan Avenue
Suite 2600
Chicago, Illinois  60603
(312) 201-0575
jxbormes@bormeslaw.com
cpsons@bormeslaw.com

Thomas M. Ryan
Law Office of Thomas M. Ryan, P.C.
35 East Wacker Drive
Suite 650
Chicago, Illinois  60601
(312) 726-3400
tom@tomryanlaw.com

Kasif Khowaja
The Khowaja Law Firm, LLC
8 South Michigan Avenue
Suite 2600
Chicago, Illinois  60603
(312) 356-3200
kasif@khowajalaw.com

*Attorneys for Plaintiff*

Michael R. Phillips
Chen G. Ni
Katharine P. Lennox
MCGUIREWOODS LLP
77 West Wacker Drive
Suite 4100
Chicago, Illinois  60601
(312) 849-8100
mphillips@mcguirewoods.com
cni@mcguirewoods.com
klennox@mcguirewoods.com

Bruce M. Steen, Esq.
MCGUIREWOODS LLP
201 N. Tryon Street, Suite 3000
Charlotte, North Carolina 28202
(740) 353-6244
bsteen@mcguirewoods.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on this 21st day of February, 2020, he caused the foregoing Joint Motion for Preliminary Approval of the Parties' Class Action Settlement to be filed using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                    /s/ Thomas M. Ryan
                                    One of Plaintiff's Attorneys