# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Michael A Rivota

                                Plaintiff,

v.                                                        Case No.: 1:19−cv−04156

                                                              Honorable John Z. Lee

Bank of America Corporation, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 10, 2020:

      MINUTE entry before the Honorable John Z. Lee: Final approval hearing held on 7/10/20. For the reasons stated on the record, Plaintiff's joint motion for final approval of the parties' class action settlement agreement [58] is granted. The parties are directed to submit a proposed order in Microsoft Word format to the proposed order mailbox and contact the courtroom deputy when they have done so. Civil case terminated.Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.